# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Theresa Moore,

     Plaintiff,

v.

Target Corporation,

     Defendant.

Case No. 2:25-cv-02317-CDS-NJK

**Order**

[Docket No. 10]

Pending before the Court is a stipulated confidentiality agreement and proposed protective order. Docket No. 10. Parties are permitted to agree to discovery procedures, including confidentiality protections, without judicial approval. *See* Fed. R. Civ. P. 29(b); *see also Cross v. Walmart, Inc.*, 350 F.R.D. 395, 398-99 (D. Nev. 2025). The stipulation does not explain in meaningful fashion why judicial oversight is required as to the parties' discovery agreement. Accordingly, the Court **DENIES** without prejudice the stipulated confidentiality agreement and proposed protective order.

IT IS SO ORDERED.

Dated: March 4, 2026.

_____
Nancy J. Koppe
United States Magistrate Judge

1