# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Theresa Moore,

     Plaintiff(s),

v.

Target Corporation,

     Defendant(s).

Case No. 2:25-cv-02317-APG-NJK

**Order**

[Docket No. 14]

Pending before the Court is a stipulation to extend case management deadlines. Docket No. 14.[1] The Court will allow the extension sought with a few caveats. First, the deadline to amend or add parties has already expired and no showing of excusable neglect has been made. *See* Local Rule 26-3. The Court does not grant relief as to that deadline. Second, the Court is concerned that it appears Plaintiff may not yet have executed medical releases. *See* Docket No. 14 at 2. By extending deadlines herein, the Court is not obviating the need for Plaintiff to promptly execute medical releases. Third, in addition to the ordinary case management deadlines, the parties will be required to file a joint status report regarding mediation.

With these caveats, the stipulation to extend is **GRANTED**. Case management deadlines are **RESET** as follows:

- Amend pleadings/ add parties:  closed

- Joint status report on mediation:  May 14, 2026

- Initial experts:  May 22, 2026

- Rebuttal experts:  June 22, 2026

- Discovery cutoff:  July 20, 2026

- Dispositive motions:  August 18, 2026

---

[1] The stipulation lists four rules, none of which is correct. *See* Docket No. 14 at 1. For future reference, this request is governed by Fed. R. Civ. P. 16(b)(4) and Local Rule 26-3.

1

- Joint proposed pretrial order: September 18, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: March 20, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

2